UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NOVATEL WIRELESS SECURITIES LITIGATION | No. C-11-80002 RS (DMR) |
| | **ORDER RE TIME TO FILE JOINT LETTER RE DISCOVERY DISPUTE** |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the joint letter submitted by Plaintiffs Plumbers' & Pipefitters' Local #562 Pension Fund and Western Pennsylvania Electrical Employees Pension Fund and third parties Artis Capital Management, LLC and Gruber & McBaine Capital Management, LLC. For good cause shown, the Court grants Plaintiffs' request for a continuance of the deadline to submit a joint letter regarding Plaintiffs' Motion to Compel Production of Documents. Any joint letter regarding the instant discovery dispute shall be filed **no later than March 4, 2011.**

Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on third parties Artis Capital Management, LLC and Gruber & McBaine Capital Management, LLC and on all other parties in this matter and shall e-file a proof of service on the same day that service is effected.

IT IS SO ORDERED.

Dated: February 8, 2011

_____
DONNA M. RYU
United States Magistrate Judge