UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NOVATEL WIRELESS SECURITIES LITIGATION | No. C-11-80002 RS (DMR) **ORDER OF DISMISSAL** |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the joint letter submitted by Plaintiffs Plumbers' & Pipefitters' Local #562 Pension Fund and Western Pennsylvania Electrical Employees Pension Fund and third parties Artis Capital Management, LLC and Gruber & McBaine Capital Management, LLC, in which the parties indicated that the issues presented by Plaintiffs' Motion to Compel are moot. *See* Docket No. 15. Therefore, Plaintiffs' motion (Docket No. 4) is DENIED as moot and the action is DISMISSED without prejudice. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: March 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge